THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD JONES, Appellant.

Submitted June 3, 2013; decided June 25, 2013

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

Judge ABDUS-SALAAM taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v COLLIN F. LLOYD-DOUGLAS, Respondent.

Submitted June 10, 2013; decided June 25, 2013

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND MICHAEL, Appellant.

Submitted June 17, 2013; decided June 25, 2013

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EUGENE POLHILL, Respondent.

Submitted June 10, 2013; decided June 25, 2013

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New